KASCSAK, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department.

June 9, 1911.) Action by John Kascsak against the Central Railroad Company of New Jersey.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 118 App. Div. 894, 103 N. Y. Supp. 1130; 135 App. Div. 721, 119 N. Y. Supp. 609.

JENKS, P. J., and BURR, J., dissent.